# EXHIBIT 1

ALLSTATE COMMUNICATION PROCESSING
75 EXECUTIVE PARKWAY
HUDSON, OH 44237
800-ALLSTATE (800-255-7828)


Allstate.
You're in good hands.

October 19, 2016

JENNIFER I KENNEY
839 HANOVER DR
GRIFFIN, GA 30224

Dear Customer:

Thank you for your recent request regarding your policy. This Letter of Experience should provide you with the information you requested, including any applicable lapses in coverage or claims.

| Company | Policy Period | |
|---|---|---|
| Allstate Property & Casualty Insurance Company | From: 12/02/14 | To: The termination date of 07/28/15 |
| Policy Number: 931885931 | Lapses: None | |
| Named Insured<br>JENNIFER I KENNEY | From: | Through: |

| Location of Property | Boat/ Mobile home/Recreation Vehicle<br>Make/Model Serial # (if applicable) |
|---|---|
| 525 E COLLEGE ST<br>GRIFFIN, GA 30224 | |

Allstate has provided coverage to the above Homeowner's policy during the period listed above.

During the period listed above, no losses were paid.

| Claim date | Claim # | Coverage | Amount paid |
|---|---|---|---|

Please let us know if you require any additional information. If you do, you can contact us by:
- Calling your local Allstate representative
- Calling us 24-hours-a-day, 7-days-a-week at 1-800-ALLSTATE® (800-255-7828)
- Visiting us online at *allstate.com*

Sincerely,

*Ron Gant*

Ron Gant
Customer Contact Center Manager
Allstate Insurance Company

EXHIBIT
# 1
LCF 12-7-16


Huseby.com
GLOBAL LITIGATION SUPPORT
Quality, Innovation & Mobility since 1928

ac

Confidential Communication. This information is intended solely for the individual(s) to whom it is addressed. This is not a contract or binder of coverage. All coverages are subject to the terms and conditions contained in the policy.