IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| JENNIFER KENNEY,<br><br>PLAINTIFF,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>DEFENDANT. | Civil Action No. 3:16-CV-27-TCB |

### DEFENDANT UNITED STATES OF AMERICA'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Defendant United States of America respectfully requests that this Court take judicial notice of weather data obtained from the National Weather Service of the National Oceanic and Atmospheric Administration for Griffin, Georgia for July 26, 2014 and attached hereto as **Exhibit 1.** Pursuant to Rule 201 of the Federal Rules of Evidence, judicial notice is appropriate because the weather data is a matter of public record and not subject to reasonable dispute. *See Swoope v. CSX Transportation, Inc.*, No. 4:13-CV-0307-HLM, 2015 WL 12564948, at *9 (N.D.Ga. July 29, 2015).

1

Respectfully submitted on this 27th day of January, 2017.

        JOHN A. HORN
        UNITED STATES ATTORNEY

        /s/ Armen Adzhemyan
        ARMEN ADZHEMYAN
        ASSISTANT UNITED STATES ATTORNEY
        GA Bar: 120079
        600 U.S. Courthouse
        75 Ted Turner Drive SW
        Atlanta, GA 30303
        Tel: (404) 581-6000
        Fax: (404) 581-6181
        Armen.Adzhemyan@usdoj.gov

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing brief has been prepared using Book Antiqua, 13 point font.

/s/   Armen Adzhemyan
*Assistant United States Attorney*

## CERTIFICATE OF SERVICE

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

        John H. Peavy, Jr.
        PEAVY LAW, LLC
        563 Spring Street, N.W.
        Atlanta, Georgia 30308
        jay@peavylawllc.com

January 27, 2017

        /s/ Armen Adzhemyan

        ARMEN ADZHEMYAN

        *Assistant United States Attorney*